# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH TROST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CV-00404 JAR |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the Social Security, ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER OF REMAND

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to 42 U.S.C. § 405(g). (Doc. No. 17). Plaintiff has no objection to Defendant's motion. (Doc. No. 18).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [17] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ to properly analyze the medical opinion evidence, explaining the supportability and consistency factors; re-evaluate Plaintiff's subjective complaints and the factors relevant to his symptoms and provide a proper narrative discussion linked to supporting evidence; and take further action to complete the administrative record as necessary; and issue a new decision.

A separate Judgment will accompany this order.

Dated this 13th day of December 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE